UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 10-3849

ERICK RODOLFO OLIVA-RAMOS,
                                                    Petitioner
v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                    Respondent

On Petition for Review of a Final Order
of the Board of Immigration Appeals
(No. A088-231-019)

Argued: November 16, 2011

Before: McKEE, *Chief Judge*, RENDELL and AMBRO,
*Circuit Judges*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on September

13, 2012, be amended as follows:

On the cover page, delete the section identifying the Immigration Judge as The

Honorable Linda S. Wendtland and replace it with The Honorable Mirlande Tadal.

**IT IS SO ORDERED.**

                                        By the Court:

                                        /s/ Theodore A. McKee
                                        Chief Judge

Dated:         November 6, 2012
tyw/cc:        Alina Das, Esq.
               Nancy Morawetz, Esq.
               Nikki R. Reisch, Esq.
               Allen W. Hausman, Esq.
               Andrew C. MacLachlan, Esq.